IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD RAY WILLIAMS,

    Plaintiff,                              No. CIV S-07-0554 FCD DAD P

    vs.

STATE OF CALIFORNIA, et al.,

    Defendants.                          <u>ORDER</u>

/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed March 7, 2008, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has not filed an amended complaint. He has, however, filed a document styled "Legal Response to Your Criminal Recommendations." Plaintiff has addressed the document to the court and to the television program 60 Minutes and the California Attorney General. Plaintiff argues therein that the court has misapplied the Eleventh Amendment and is denying him equal protection of the law.

        Plaintiff is advised that if he wishes to proceed with this action, he is required to file an amended complaint in accordance with this court's March 7, 2008 order. If plaintiff no longer wishes to proceed with this matter, he should file a request to dismiss this action without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's March 19, 2008 filing is disregarded;

2. Plaintiff is granted thirty days from the date of service of this order to file an amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the docket number assigned to this case and must be labeled "Amended Complaint"; failure to file an amended complaint in accordance with this order will result in a recommendation that this action be dismissed without prejudice; and

3. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action.

DATED: June 18, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
will0554.36amd