IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD RAY WILLIAMS,

    Plaintiff,                     No. CIV S-07-0554 FCD DAD P

    vs.

STATE OF CALIFORNIA, et al.,

    Defendants.                ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed March 7, 2008, plaintiff's complaint was dismissed with leave to file an amended complaint.

        On March 19, 2008, plaintiff filed a document styled "Legal Response to Your Criminal Recommendations." Therein, plaintiff argued that the court had misapplied the Eleventh Amendment and was denying him equal protection of the law. On June 19, 2008, the court advised plaintiff that he is required to file an amended complaint in accordance with this court's March 7, 2008 order to proceed with this action. The court also advised plaintiff that failure to file an amended complaint would result in a recommendation for dismissal of this action.

/////

1

On July 10, 2008, plaintiff filed a document styled "objections to your criminal decisions dated: June 18, 2008." Therein, plaintiff again claims, among other things, that the court is denying him equal protection of the law.

Local Rule 11-110 states that "[f]ailure of counsel or of a party to comply with these local rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b). Plaintiff is again advised that he is required to file an amended complaint in accordance with this court's March 7, 2008 order to proceed with this action. The court will provide him a final opportunity to do so. If plaintiff fails to file an amended complaint within thirty days from the date of service of this order, the undersigned will recommend that this action be dismissed without prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted a final thirty days from the date of service of this order to file an amended complaint that complies with the court's March 7, 2008 order, the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the docket number assigned to this case and must be labeled "Amended Complaint"; failure to file an amended complaint in accordance with this order will result in a recommendation that this action be dismissed without prejudice; and

2. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action.

DATED: July 25, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
will0554.36amd(2)

2